**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

ORENTHAL JAMES OWENS )
                Plaintiff(s), )
                 )
  vs. ) CASE NO. 1:16–cv–01409–TWP–MPB
                 )
SOUTHEASTERN CONFERENCE, et al. )
                Defendant(s) )

## ORDER REASSIGNING RELATED CASE

      Pursuant to Local Rule 40–1(e) of the Southern District of Indiana, the clerk is directed to reassign this case to Magistrate Judge Mark J. Dinsmore for all further proceedings.

DATE: <u>June 14, 2016</u>                    s/   Judge Tanya Walton Pratt
                                                        United States District Court
                                                         Southern District of Indiana