# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

*46 East Ohio Street, Room 105*  
*Indianapolis, Indiana*  
*46204*  

*921 Ohio Street*  
*Terre Haute, Indiana*  
*47807*

*101 Northwest MLK Boulevard*  
*Evansville, Indiana*  
*47708*  

*121 West Spring Street*  
*New Albany, Indiana*  
*47150*

June 14, 2016

Re: OWENS v. SOUTHEASTERN CONFERENCE et al  
Cause Number: 1:16–cv–01409–TWP–MJD

TO ALL COUNSEL OF RECORD:

 Pursuant to Local Rule 40–1, the above matter was reassigned from the docket of Judge Matthew P. Brookman to the docket of Judge Mark J. Dinsmore on June 14, 2016. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:16–cv–01409–TWP–MJD should be used on all future filings.**

Sincerely,

Laura A. Briggs, Clerk of Court

By: s/Amy McClellan  
Amy McClellan, Deputy Clerk